

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **DARREL TREMAINE CARTER** | **CIVIL ACTION NO:2:13-cv-2501** |
| **VERSUS** | |
| | **SECTION P** |
| | **JUDGE TRIMBLE** |
| **WARDEN CALCASIEU** | |
| **CORRECTIONAL CENTER, ET AL** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DENIED AND DISMISSED WITHOUT PREJUDICE** as unexhausted.

**IT IS ALSO ORDERED** that all pending motions in this matter, including but not limited to document 5 (motion for production of public records) be **DISMISSED AS MOOT.**

THUS DONE AND SIGNED, in chambers, in Lake Charles, Louisiana, on this __ 22nd day of January, 2014.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE